# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Gegner, | Civil File No.:  0:18-cv-03364-PJS-TNL |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Admiral Merchants Motor Freight, Inc., | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Patricia Gegner and Defendant Admiral Merchants Motor Freight, Inc., through their respective counsel and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims asserted in the above-entitled litigation against Defendant Admiral Merchants Motor Freight, Inc., including all claims for costs and attorney fees, shall be, and the same are hereby, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that the Court may forthwith enter judgment of dismissal with prejudice and on the merits.

Dated:  May 20, 2019	 s/ Daniel R. Olson
Daniel R. Olson (#389235)
Brittany Bachman Skemp (#395227)
Bassford Remele P.A.
100 South 5th Street, Suite 1500
Minneapolis, MN 55402-1254
Telephone:  (612) 333-3000
Facsimile:   (612) 333-8829
dolson@bassford.com
bskemp@bassford.com

*Attorneys for Plaintiff*

Dated:  May 22, 2019	 s/ Margaret R. Ryan
Margaret R. Ryan (#0331181)
Erik E. Rootes (#0397664)
Meagher & Geer, P.L.L.P.
33 South Sixth Street, Suite 4400
Minneapolis, MN  55402
Telephone:  (612) 338-0661
Facsimile:  (612) 338-8384
E-mail:   mryan@meagher.com
E-mail:  erootes@meagher.com

*Attorneys for Defendant*

12766351.1