# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Patricia Gegner, | Case No. 18-cv-3364 (PJS/TNL) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Admiral Merchants Motor Freight, Inc., | |
| Defendant. | |

Based on the Stipulation for Dismissal with Prejudice entered into by and between Plaintiff Patricia Gegner and Defendant Admiral Merchants Motor Freight, Inc., and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED:** That all claims asserted by Plaintiff Patricia Gegner in the above-entitled action against Defendant Admiral Merchants Motor Freight, Inc., including all claims for attorneys' fees, are hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto. There being no just reason for delay, judgment of dismissal shall be entered.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 23, 2019     s/Patrick J. Schiltz
                         Patrick J. Schiltz
                         United States District Judge